## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| GLENN ABNEY, )<br>       )   Civil Action No.<br>    Plaintiff, )<br>       )    1:12-cv-02770-JOF<br>v. )<br>       )   JURY TRIAL DEMANDED<br>MEGAMART, INC., )<br>       )<br>    Defendant. )<br>_____ ) | |

### STIPULATION OF DISMISSAL OF COMPLAINT WITH PREJUDICE

Plaintiff Glenn Abney and Defendant MegaMart, Inc., by and through their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to dismissal <u>with prejudice</u> of Plaintiff's claims, with all rights of appeal waived and with each party to bear its own costs, attorneys' fees and expenses..  The parties further stipulate that no party is the prevailing party in this action.

Respectfully submitted this 21st day of November, 2012,

s/ Elizabeth L. Brown
Elizabeth L. Brown
Georgia Bar No. 940372
BARRETT & FARAHANY, LLP
1100 Peachtree Street, Suite 500
Atlanta, GA  30309
(404) 214-0120

/s Matthew T. Gomes
Matthew T. Gomes
Georgia Bar No. 297453
Nelson Mullins Riley & Scarborough, LLP
201 17th Street NW, Suite 1700
Atlanta, GA  30363
(404) 322-6255

| | |
|---|---|
| (404) 214-0125 facsimile | (404) 322-0050 facsimile |
| lbrown@bf-llp.com | matthew.gomes@nelsonmullins.com |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendant* |